UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MONICA LAHMAN, o/b/o Bill Lahman deceased,

               Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

               Defendant.

Case No. 3:13-cv-05879-RBL-KLS

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed the report and recommendation, plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1)     the Magistrate Judge's report and recommendation is approved and adopted;

(2)     plaintiff's application to proceed *in forma pauperis* is DENIED;

(3)     plaintiff shall pay the required filing fee ($400.00) to the Clerk of the Court within 30 days of the date of this Order, otherwise this action will be dismissed; and

(4)     the Clerk is directed to send copies of this Order to petitioner and any other party that has appeared in this action.

DATED this 1st day of November, 2013.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1